**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>Tamara Marie Katzenberger,<br><br>Debtor. | Case No. 25-17421-MER<br><br>Chapter 13 |
| Tamara Marie Katzenberger,<br><br>Plaintiff,<br><br>v.<br><br>Point Digital Finance Inc., Point Digital Finance as Trustee for Point Titling Trust,<br><br>Defendants. | Adv. Proc. No. 26-01048-MER |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION OF COUNTS I THROUGH V AND TO STAY THE ADVERSARY PROCEEDING**

This matter comes before the Court on Defendants' Motion to Compel Arbitration of Counts I Through V and to Stay the Adversary Proceeding (the "Motion"). The Court, having reviewed the Motion, Plaintiff's Response, and for good cause, ORDERS:

1. Plaintiff is compelled to arbitrate Counts I through V of the Complaint before JAMS, in accordance with Section 7.20 of the Option Purchase Agreement.

2. This adversary proceeding, including Count VI, is stayed pending completion of the arbitration; and

3. The Court retains jurisdiction over the ultimate 11 U.S.C. § 365 issue and any bankruptcy-court implementation of the arbitration award.

4. The parties shall file joint status reports every 120 days and within 14 days after a final arbitration award is issued.

Dated: __________

BY THE COURT:

___________________________
Michael E. Romero, Judge
United States Bankruptcy Court