# EXHIBIT 2

POINT www.point.com
P.O. Box 192, Palo Alto, CA 94302
Customer Service: (650) 632-5040

**PROPERTY ADDRESS**
3130 MEADOW LN
GRAND JUNCTION, CO
81504

**POINT ID**
2022223-IVEVU

**OWNER**
Tamara Katzenberger

**ROUNDPOINT MORTGAGE SERVICING LLC ACCOUNT**
1007514464

# Quarterly Statement

APRIL 2025 - JUNE 2025

**PAYOFF ESTIMATE**

**$124,858**

See how this estimate is calculated

Your estimated payoff is capped by the Homeowner Protection Cap, lowering your repayment by $25,746

**This is an estimate only.** The total cost will be determined by a valid valuation and may include unpaid Service Fees and/or unreimbursed Preservation Payments, as applicable. Your actual repayment amount may be less if the final repayment amount exceeds applicable state law. Learn more about the exit process in the Homeowner Help Center. If you're ready to pay off Point, send an email to servicing@point.com or call us at **650-632-5040.**

## Equity Breakdown




**$262,742**
Your Equity + Mortgage

**$124,858**
Point's Equity as of 7/31/2025

*The above values are **estimates only.***

## Estimated Home Value

**These values are estimates only.** For an overview of the exit valuation process, learn more in the Homeowner Help Center.

| SOURCE | ESTIMATE | CHANGE TO DATE[2] |
|---|---|---|
| POINT | $387,600 | + 16.0% |
| REDFIN | $358,700 | |
| Zillow | $355,500 | |

## Point Agreement Terms

| | |
|---|---|
| Effective Date | July 28, 2022 |
| Expiration Date | July 28, 2052 |
| Investment Amount | $74,000 |
| HEI Percentage[3] | 69.40% |
| Homeowner Protection Cap[4] | 17.50% |
| Risk Adjustment | 17.00% |
| Appreciation Starting Value[5] | $277,220 |

## Messages

We've been hard at work sharing resources about homeownership, financial wellness, and home equity on our blog, Point of View. Please take a look and share the link with your friends and loved ones. New articles go live every week. You can access the link through this link:
https://point.com/blog/category/after-your-hei

**This is not a bill. There is nothing due at this time.**

POINT www.point.com
P.O. Box 192, Palo Alto, CA 94302
Customer Service: (650) 632-5040

# Quarterly Statement

3130 MEADOW LN, GRAND JUNCTION, CO 81504

1 This is based on the increase in the FHFA index for your metropolitan area, applied to the most recent appraisal Point has on file for your property.

2 This is the Estimated Home Value change to date from the effective date of your Point agreement for each estimating agency. The Final Home Value will be based on an appraisal, the sale price of the home, or as otherwise determined in accordance with the terms of your Option Purchase Agreement. If estimate data is incomplete for the timeframe, the change to date percentage will not be included. The data is provided "as is" via the Zestimate API. © Zillow, Inc., 2006-2024. Use is subject to the Zillow Terms of Use.

3 "Also referred to as the "Option Percentage."

4 Also referred to as the "Point Proceeds Cap Factor."

5 Also referred to as the "Original Agreed Value."

This is not an attempt to collect a debt. No amount is currently due. Point provides this Home Equity Update for your information so that you can estimate the cost of buying Point out if you choose to refinance or sell your home. The home values and buy-out costs on this statement are estimates only. Prior to buying Point out, Point may require that you have your home appraised by a licensed professional. When you buy out Point, you may incur a fee of up to $500 for the preparation and recording of the documents to release your lien.